Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
Erin M. Gettel
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Erin_Gettel@fd.org

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| United States of America, | Case No. 2:20-mj-01078-VCF |
|---|---|
| Plaintiff, | **Unopposed motion for preparation of pre-plea presentence investigation report** |
| v. | |
| Juan Torres, | |
| Defendant. | |

Juan Torres has a California state juvenile conviction, which may count for criminal-history points depending on the sentence he received, which is unclear. The government does not object to Torres's request for a pre-plea PSR. Torres therefore respectfully requests that this Court enter an order directing the United States Probation Office to prepare a pre-plea presentence investigation report to determine Torres's criminal history.

DATED: February 4, 2021.

Rene L. Valladares
Federal Public Defender

IT IS SO ORDERED.

By: */s/ Erin Gettel*

Erin Gettel
Assistant Federal Public Defender
Attorney for Juan Torres

Cam Ferenbach
United States Magistrate Judge

2-5-2021

Dated:_____

# CERTIFICATE OF ELECTRONIC SERVICE

The undersigned hereby certifies that he is an employee of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on February 4, 2021, he served an electronic copy of the above and foregoing **Unopposed motion for preparation of pre-plea presentence investigation report** by electronic service (ECF) to the person named below:

NICHOLAS A. TRUTANICH
United States Attorney
RACHEL KENT
Special Assistant United States Attorney
501 Las Vegas Blvd. South
Suite 1100
Las Vegas, NV 89101

*/s/ Brandon Thomas*
Employee of the Federal Public Defender